UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA DEMARA,

    Plaintiff,                                   Case No. 15-12634
                                                    Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION (ECF #7) AND DENYING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS (ECF #2).</u>**

On July 27, 2015, Plaintiff Tina Demara ("Demara") filed an application with this Court requesting that she be allowed to proceed in this action without the prepayment of fees or costs (the "Application"). (*See* ECF #2.) On August 10, 2015, Magistrate Judge David Grand issued an order requiring Demara to show cause in writing why he should not recommend that the Application be denied due to Demara's failure to sufficiently demonstrate the required financial need (the "Show Cause Order"). (*See* ECF #6.) Demara never responded to the Show Cause Order. As a result, on November 30, 2015, Magistrate Judge Grand issued a Report and Recommendation ("R&R") recommending that the Court deny the Application. (*See* ECF #7.) The R&R stated that the parties could object to and

seek review of the recommendation within fourteen days. (*See id.* at 3-4, Pg. ID 20-21.)

Neither party has objected to the R&R. Failure to file objections to the R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir.1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir.1987). Likewise, the failure to object to the Magistrate Judge's R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). The Court has nevertheless reviewed the R&R and agrees with the findings and conclusions of the Magistrate Judge.

Therefore, **IT IS HEREBY ORDERED** that the Magistrate Judge's November 30, 2015, Report and Recommendation (ECF #7) is **ADOPTED** as the Opinion of this Court. **IT IS FURTHER ORDERED**, for the reasons stated in the R&R, that the Application (ECF #2) is **DENIED**.

                                              s/Matthew F. Leitman  
                                              MATTHEW F. LEITMAN  
                                              UNITED STATES DISTRICT JUDGE

Dated: January 13, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 13, 2016, by electronic means and/or ordinary mail.

                                           s/Holly A. Monda
                                           Case Manager
                                           (313) 234-5113